Entered on Docket
October 20, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**The following constitutes the order of the court. Signed October 19, 2011**

Roger L. Efremsky
U.S. Bankruptcy Judge

PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 11-49128 RE** |
| **GENEROSO VALENZUELA ABESAMIS and MAGDALENA ALDANA ABESAMIS,** | **Chapter 13** |
| **Debtors.** ______________________________/ | **STIPULATED ORDER VALUING LIEN OF JPMORGAN CHASE BANK, N.A., SUCCESSOR IN INTEREST FROM THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON MUTUAL BANK** |

On September 30, 2011, Generoso and Magdalena Abesamis ("Debtors") filed and served a motion to value the lien of JPMorgan Chase Bank, N.A., successor in interest from the Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank ("Lienholder") against the property commonly known as 6155 McBryde Avenue, Richmond, CA 94805, which lien was recorded in Contra Costa County on or about April 16, 2003 as document 0172890-00 ("the Lien").

The court finds that notice of the motion upon Lienholder was proper. Lienholder having no opposition to Debtors' motion, the court hereby orders as follows:

(1) For purposes of Debtors' chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien

may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322(b)(2) and 1327.

(2) This order shall become part of Debtors' confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtors' chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtors the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtors' chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

APPROVED AS TO FORM AND CONTENT:

DATE: October 18, 2011

/s/ Katherine Walker
KATHERINE WALKER
Attorney for JPMorgan Chase Bank, N.A., successor in interest from the Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank

DATE: October 17, 2011

/s/ Anne Y. Shiau
ANNE Y.SHIAU
Attorney for Debtors

*** END OF ORDER ***

COURT SERVICE LIST

Law Offices of Patrick L. Forte
One Kaiser Plaza, Suite 480
Oakland, CA 94612

Generoso & Magdalena Abesamis
6155 McBryde Avenue
Richmond, CA 94805

Attn: Officer
JPMorgan Chase Bank, N.A.
1111 Polaris Parkway
Columbus, Ohio 43240

Attn: Officer
JPMorgan Chase Bank
4 New York Plaza 19
New York, NY 10004

Attn: Officer
JPMorgan Chase Bank
C/o CT Corporation System
818 W Seventh St
Los Angeles, CA 90017

Attn: Correspondence Mail
JPMorgan Chase Bank, N.A., successor in interest from the Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank
C/o Chase Records Center
700 Kansas Lane
Monroe, LA 71203

Attn: Officer or Managing Agent
Provident Credit Union
303 Twin Dolphin Dr
Redwood City, CA 94065

Attn: Gregory Rubens
Provident Credit Union
939 Laurell St Ste D
San Carlos, CA 94070

Attn: Steven Lawrence
JPMorgan Chase Bank, N.A.
C/o Alvarado & Associates, LLP
1 Mac Arthur Place
Suite 210
Santa Ana, CA 92707



Case: 11-49128 Doc# 20 Filed: 10/19/11 Entered: 10/20/11 19:55:23 Page 3 of 3